```
                       United States Bankruptcy Court
                            District of Massachusetts

In re:                                                        Case No. 13-11850-jnf
Arthur Horton                                                 Chapter 7
Paula Horton
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0101-1          User: admin              Page 1 of 3                  Date Rcvd: Apr 04, 2013
                              Form ID: b9aauto        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2013.
db         +Arthur Horton,    110 Pine Stree,    South Weymouth, MA 02190-2618
jdb        +Paula Horton,    191 High Stree,    Hanson, MA 02341-1649
aty        +Sarah J Rotz,   Family Legal, P.C.,    400 Washington Street,    Suite 403,
             Braintree, MA 02184-4767
smg         MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    PO BOX 9564,    BOSTON, MA 02114-9564
smg        +UNITED STATES ATTORNEY,    JOHN JOSEPH MOAKLEY,    UNITED STATES FEDERAL COURTHOUSE,
             1 COURTHOUSE WAY, SUITE 9200,    BOSTON, MA 02210-3011
18898338   +Balanced Healthcare Receivables,     PO Box 9577,   Manchester, NH 03108-9577
18898340   +Boston Medical Center,    P.O. Box 845235,   Boston, MA 02284-5235
18898341   +Braintree Cooperative Bank,    1010 Washington St,    Braintree, MA 02184-5433
18898343   +Collection,   231 E Main St Ste 2a,    Milford, MA 01757-2821
18898344   +Collection/Gragil Assoc, Inc.,     281 Winter Street Suite 240,    Waltham, MA 02451-8713
18898345   +Collection/Gragil Assoc, Inc.,     200 Ledgewood Pl,   Rockland, MA 02370-1068
18898346    Columbia Gas of Massachusetts,    PO Box 742514,    Mission, TX 78574
18898349   +Harbor Medical Associates,    77 Accord Park Dr Ste D4,    Norwell, MA 02061-1652
18898352   +Lustig Glaser & Wilson,    PO Box 549287,   Waltham, MA 02454-9287
18898354   +Quincy Medical Center,    114 Whitwell Street,   Quincy, MA 02169-1899
18898356   +Seterus Inc,   8501 Ibm Dr, Bldg 201, 2dd188,    Charlotte, NC 28262-4333
18898357   +Vantage Sourcing,    PO Box 6786,   Dothan, AL 36302-6786
18898358   +Verizon,   PO Box 15062,   Albany, NY 12212-5062
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: BMGDEGIACOMO.COM Apr 04 2013 23:43:00      Mark G. DeGiacomo,    Murtha Cullina LLP,
             99 High Street,   Boston, MA 02110-2327
smg        +E-mail/Text: duabankruptcy@detma.org Apr 04 2013 23:48:58      CHIEF COUNSEL, LEGAL DEPARTMENT,
             DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
             19 STANIFORD STREET,1ST FLOOR,    BOSTON, MA 02114-2502
smg         E-mail/Text: born.emily@dol.gov Apr 04 2013 23:49:03      US DEPARTMENT OF LABOR,
             EMPLOYEE BENEFITS,    JFK FEDERAL BUILDING,    ROOM 575,   BOSTON, MA 02203
ust         E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Apr 04 2013 23:48:43       John Fitzgerald,
             Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
18898339    EDI: BANKAMER.COM Apr 04 2013 23:43:00      Bank Of America,    4060 Ogletown/Stanton Rd,
             Newark, DE 19713
18898342   +EDI: CHASE.COM Apr 04 2013 23:43:00      Chase,    P.O. Box 15298,   Wilmington, DE 19850-5298
18898348    EDI: RMSC.COM Apr 04 2013 23:43:00      GECRB/JC Penny,    Po Box 984100,   El Paso, TX 79998
18898347   +EDI: RMSC.COM Apr 04 2013 23:43:00      GECRB/JC Penny,    Attention: Bankruptcy,   Po Box 103104,
             Roswell, GA 30076-9104
18898350    +E-mail/Text: BKNOTICES@EAFLLC.COM Apr 04 2013 23:48:12
             Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
             Buffalo Grove, IL 60089-1970
18898351    +E-mail/Text: BKNOTICES@EAFLLC.COM Apr 04 2013 23:48:11
             Hilco Receivables/Equable Ascent Financi,    1120 West Lake Co,    Buffalo Grove, IL 60089-1970
18898353    +E-mail/Text: bankruptcy@pracollect.com Apr 04 2013 23:50:22       Peter Roberts & Associates,
             231 E Main Street suite 201,   Milford, MA 01757-2821
18898355    +E-mail/Text: Bankruptcy@rfcu.com Apr 04 2013 23:48:14      Rockland Federal Cr Un,    241 Union St,
             Rockland, MA 02370-1885
18898359   +EDI: AFNIVZWIRE.COM Apr 04 2013 23:43:00      Verizon Wireless,    PO Box 25505,
             Lehigh Valley, PA 18002-5505
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0101-1          User: admin              Page 2 of 3              Date Rcvd: Apr 04, 2013
                              Form ID: b9aauto         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2013**              **Signature:**  _Joseph Speetjens_

```
District/off: 0101-1           User: admin                Page 3 of 3                  Date Rcvd: Apr 04, 2013
                               Form ID: b9aauto           Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2013 at the address(es) listed below:
        John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
        Mark G. DeGiacomo    mdegiacomo@murthalaw.com,
     kbratko@murthalaw.com;moleary@murthalaw.com;MA42@ecfcbis.com
        Sarah J Rotz    on behalf of Debtor Arthur Horton srotz@familylegalservices.org,
     sarah.rotz@gmail.com
                                                                                                                                                                        TOTAL: 3

**OFFICIAL FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)  Case Number **13–11850 jnf**

# UNITED STATES BANKRUPTCY COURT
District of Massachusetts

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/31/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Arthur Horton<br>110 Pine Stree<br>South Weymouth, MA 02190 | Paula Horton<br>191 High Stree<br>Hanson, MA 02341 |
| **Case Number:**<br>13–11850 | **Social Security/Taxpayer ID/Employer ID/Other Nos.:**<br>xxx–xx–8267<br>xxx–xx–0347 |
| **Attorney for Debtor(s) (name and address):**<br>Sarah J Rotz<br>Family Legal, P.C.<br>400 Washington Street<br>Suite 403<br>Braintree, MA 02184<br>Telephone number:  781–849–7777 | **Bankruptcy Trustee (name and address):**<br>Mark G. DeGiacomo<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110<br>Telephone number:  617–457–4000 |

### Meeting of Creditors
Date:  **May 2, 2013**                                                              Time:  **09:30 AM**
Location:  **J.W. McCormack Post Office & Court House, 5 Post Office Square, Room 325, Boston, MA 02109**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/1/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Deadline for Debtor(s) to attend a Financial Management Training approved by the UST:** Sixty days from the first date set for the §341 meeting. Failure to file a debtor(s) certificate of completion with the Court will prevent the entry of the Debtor(s) discharge.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945<br>Telephone number:  617–748–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James M. Lynch |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 5:00 PM | Date:  4/4/13 |

**EXPLANATIONS** FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Debtor(s) Financial Management Training Deadline | The Debtor(s) discharge will not enter if the Debtor(s) fails to attend a financial management training program approved by the US Trustee or if the Debtor(s) attends such training and fails to file a debtor(s) certificate of completion with the U.S. Bankruptcy Court. This training is in addition to the prebankruptcy counseling requirement. A list of approved courses may be obtained from the U.S. Trustee office or from the Court website at www.mab.uscourts.gov. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––